**Affirmed and Opinion Filed January 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00188-CR

### DANNY CISCO GONZALES, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-53967-R

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Boatright
Opinion by Justice Francis

Danny Cisco Gonzales waived a jury and pleaded guilty to aggravated robbery with a deadly weapon, a firearm. After finding appellant guilty, the trial court sentenced him to fifteen years in prison. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21

(Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
170188F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DANNY CISCO GONZALES, Appellant

No. 05-17-00188-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F16-53967-R.
Opinion delivered by Justice Francis.
Justices Evans and Boatright participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered January 26, 2018.